No. 82–1640.  WILLIAMS *v.* PASMA.  Sup. Ct. Mont. Certiorari denied.

No. 82–1642.  DRURY ET AL. *v.* WESTBOROUGH MALL, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 82–1659.  ROBINSON ET AL. *v.* CUMBERLAND CAPITAL CORP. ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 82–1707.  ORLOSKI *v.* MELLENBERG, JUDGE, COURT OF COMMON PLEAS.  Super. Ct. Pa.  Certiorari denied.

No. 82–1741.  ROJAS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–6214.  LOCKLEAR *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 82–6234.  PARKS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 82–6299.  WADDELL *v.* UNITED STATES; and
No. 82–6300.  MURPHY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 696 F. 2d 282.

No. 82–6327.  MUMIT *v.* HENDERSON.  C. A. 2d Cir. Certiorari denied.

No. 82–6408.  BARLOW *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–6449.  MAZZEI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 82–6479.  NAVARRE *v.* LOUISIANA.  15th Jud. Dist. Ct. La., Vermilion Parish.  Certiorari denied.